02/15/2011  11:08    9494500668             DREYFUSS FIRM

FILED

1   Lawrence J. Dreyfuss, Bar No. 76277
2   THE DREYFUSS FIRM
    A Professional Law Corporation
3   7700 Irvine Center Drive, Suite 710
    Irvine, California 92618
4   (949) 727-0977; Facsimile (949) 450-0668

2011 FEB 14  AM 10: 39
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF COURT
SANTA ANA
BY

5   Attorneys for Defendants OneWest Bank F.S.B.; IndyMac Mortgage Services, a
6   Division of One West Bank, F.S.B; IndyMac Venture, LLC; IndyMac Bank, F.S.B.;
    George Soros; and Michael Dell
7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  GWENDOLYN MANDOSIA,              ) Case No.:    CV11-01352 GAF (VBKx)
                                     )
12          Plaintiff,               ) (LASC Case No. BC452844)
                                     )
13      vs.                          )
                                     )
14  GEORGE SOROS, MICHAEL DELL,      ) NOTICE OF REMOVAL PURSUANT TO 28
15  INDYMAC, INDYMAC VENTURE LLC,    ) U.S.C. §§ 1331 AND 1441(B) (FEDERAL
    INDYMAC MORTGAGE SERVICES, THE   ) QUESTION)
16  SERVICING AGENT FOR REFERENCED   )
    LOAN, AND A DIVISION OF THE ONE  )
17  WEST BANK, FSB, ONE WEST BANK,   )
18  FSB, AND INDYMAC BANK, FSB       )
                                     )
19          Defendants              )

20          TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO PLAINTIFF IN

21  PRO PER:

22
            Pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, Defendants, and each of them,
23
24  (collectively "The One West Defendants") hereby remove this action from the Superior Court of

25  California, County of Los Angeles, to the United States District Court for the Central District of

26  California based upon the following:

27

28

BY FAX

STATEMENT OF THE CASE

On January 11, 2011, an action was commenced in the Superior Court of the State of California, County of Los Angeles, entitled <u>Gwendolyn Mandosia v. George Soros, et al.</u>, Case No. BC452844. Plaintiff subsequently filed an Amended Complaint. She has yet to serve the Complaint or the Amended Complaint on any of the named defendants. A copy of the Amended Complaint is attached hereto as Exhibit "A" and incorporated herein by this reference. Plaintiff obtained an ex parte temporary restraining order in the action, and that TRO was vacated on February 10, 2011. Copies of the TRO and the Order vacating it are attached hereto as Exhibits "B" and "C" respectively. This Notice of Removal is timely in accordance with 28 U.S.C. § 1446(b) since neither the Complaint nor the Amended Complaint has been served as yet on any of the named defendants.

JURISDICTION: FEDERAL QUESTION JURISDICTION

This case arises out of a construction loan Plaintiff obtained from IndyMac Bank regarding property located at 2718 West Avenue 0-8, Palmdale, California 93551. (See Amended Complaint and TRO). Plaintiff alleges that Defendants delayed in disbursing the loan funds. Plaintiff also alleges that Defendants failed to make required disclosures.

The Amended Complaint does not allege separate causes of action, but identifies claims based upon purported violations of, among other laws, federal statutes including ECOA (42 U.S.C. § 3601), RICO (42 U.S.C. §§ 1981 and 1982), the Federal Trade Commission Act (FTCA), The Truth in Lending Act (TILA), and the Fair Debt Collection Practices Act (FDCPA). This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 in that the Amended Complaint alleges these claims rising under federal law.

This Court has supplemental jurisdiction over Plaintiff's state and common law claims pursuant to 28 U.S.C. § 1367. District courts have supplemental jurisdiction over state law claims that share a "common nucleus of operative facts" with a federal claim. City of Chicago v. International College of Surgeons, 522 U.S. 156, 164-65 (1997). Here, Plaintiff's state and common law claims arise out of the same facts and circumstances as do her federal claims for violations of ECOA, FTCA, TILA, FDCPA and RICO. Each of the claims in the Amended Complaint arises out of the alleged wrongdoing in connection with Plaintiff's loan. As such, the Court should exercise supplemental jurisdiction over the state and common law claims.

### CONSENT AND VENUE

Venue in this Court is proper pursuant to 28 U.S.C. § 84(a) and 1441(a) because the United States District Court for the Central District of California is the federal judicial district and division embracing the Superior Court of California for the County of Los Angeles where the State Court action was originally filed.

### CONCLUSION

By this Notice of Removal and the attached documents, the One West Defendants do not waive any objections that they may have as to service, jurisdiction, or venue or any other defenses or objections that they may have to this action. The One West Defendants intend no admission of fact, law, or liability by this Notice and expressly reserve all defenses, motions and/or pleas.

WHEREFORE, the One West Defendants pray that the now pending State Court Action be removed to this United States District Court.

DATED: February 10, 2011

THE DREYFUSS FIRM, PLC
a professional law corporation

By: _____
LAWRENCE J. DREYFUSS
Attorneys for Defendants

1038-1785

# EXHIBIT "A"

```
 1    GWENDOLYN MANDOSIA
      2718 WEST AVE 0-8
 2    PALMDALE, CA 93551
```

**FILED**
LOS ANGELES SUPERIOR COURT

```
 3
                                        JAN 1 8 2011
 4
                                   JOHN A. CLARKE, CLERK
 5                                 Berta Jauregui
          SUPERIOR COURT OF THE STATE BY BERTA JAUREGUI, DEPUTY
 6
                               OF CALIFORNIA
 7
                            COUNTY OF LOS ANGELES
 8

 9

10    GWENDOLYN MANDOSIA             )  Case No.: BC452844
                                     )
11               Plaintiff,          )  AMENDED
                                     )  COMPLAINT,
12           vs.                     )
                                     )  DEFENDANTS BE COMPLIED TO PRODUCE
13    GEORGE SOROS, MICHAEL DELL, INDYMAC, )  ORIGINAL NOTARIZED NOTE WITH
                                     )  PLAINTIFF LIVE SIGNITURE
14    INDYMAC VENTURE LLC, INDYMAC MORTGAGE )
                                     )  DEMAND FOR JURY TRIAL,
15    SERVICES, THE SERVICING AGENT FOR
                                        OTHER EQUITABLE RELIEF, AND CIVIL
16    REFERENCED LOAN, AND A DIVISION OF    PENALTIES
17    THE ONE WEST BANK, FSB, ONE WEST BANK,
18    FSB, AND INDYMAC BANK, FSB
19               Defendant
      ────────────────────────────
20    PLAINTIFF ALLEGES:

21       1. PLAINTIFF ALLEGE DEFENDANTS, CHANGED LOAN TERMS AT CLOSING, LOAN TERMS

22          WHERE CHANGE ON MORE THAN ONE OCCASION, FINDING OUT AT CLOSING OF ESCROW

23          THAT THE INTEREST RATE WAS ADJUSTABLE RATHER THAN FIXED. PLAINTIFF WAS

24          CONFRONTED WITH THESE ISSUES AT CLOSING.

25       2. PLAINTIFF ALLEGE DEFENDANTS, DECEPTIVELY PUT PLAINTIFF INTO LOANS SHE

26          DIDN'T UNDERSTAND;
```

THAT THE INTEREST RATE WAS ADJUSTABLE RATHER THAN FIXED. PLAINTIFF WAS CONFRONTED WITH THESE ISSUES AT CLOSING.

2. PLAINTIFF ALLEGE DEFENDANTS, DECEPTIVELY PUT PLAINTIFF INTO LOANS SHE DIDN'T UNDERSTAND;

   a. FAILURE TO DISCLOSE LOAN TERMS;

   b. BAIT AND SWITCH TACTICS, SUCH AS SUBSTANTIALLY CHANGING LOAN TERMS AT CLOSING;

   c. HIGH POINTS AND PADDED CLOSING COSTS;

3. LOAN SERVICING ABUSES

4. COLLATERALOR OR EQUITY "STRIPPING"

5. RISKY LOAN TERMS AND STRUCTURES

6. FALSE ADVERTISEMENT

7. DISCRIMINATION IN THE UNDERWRITING OR PRICING OF LOANS, SUCH AS DISCRETIONARY MARK UP AND FEES

8. INADEQUATE DISCLOSURE OF LOAN TERMS STRUCTURES

9. REFUSAL TO DISBURSE CONSTRUCTION FUNDS, AND INTIMIDATION BY DEFENDANTS;

10. DEFENDANTS, LOAN OFFICER ASSURED PLAINTIFF IF HER FAMILY MEMBERS STATE THAT SHE HAD EXCESS TO THEIR FUNDS, SHE WOULD HAVE "NO PROBLEM" QUALIFYING FOR A LOAN AND ENCOURAGED HER TO BUY THE VACANT PROPERTY AND BUILD HER DREAM HOME.

11. DEFENDANTS DID NOT EXPLAIN LOAN DOCUMENTS

12. BALLOON PAYMENT OF $150,000.00 DUE IN 12 MONTHS OF THE LOAN.

13. UNFAIR, DECEPTIVE, AND ABUSIVE PRACTICES

14. ABRUSIVE LENDING PRACTICING

15. a. INSURANCE PACKING, UNFAIR AND DECEPTIVE PRACTICES

16. b. MISREPRESENTATION OF FEES AND COSTS

17. c. IMPROPER DISCLOSURES

18. d. INCREASING AMOUNTS FINANCED

19. THESE PRATICES WERE ALLEGED TO VIOLATE ECOA 42 U.S.C. $ 3601, ECOA PROHBITS CERTAIN FORMS OF DISCRIMINATION WITH RESPECT TO ALL CREDIT TRANSACTIONS. 15

- 2 -
COMPLAINT

U.S.C. § 1691(a). FAIR HOUSING ACT, AS WELL AS 42 U.S.C. §§ 1981 AND 1982, THE RACKETEER INFLUNENCED AND CORRUPT ORGANIZATION ACT (RICO), AND LOCAL LAWS PROHITBITING UNFAIR AND DECEPTIVE LENDER PRACTICES, FRAUD, AND BREACH OF CONTRACT (COMPL. 29-44).

20. ECOA'S REPORTING REQUIREMENTS, AS WELL AS THE FEDERAL TRADE COMMISION ACT(FTCA), THE TRUTH AND LENDING ACT (TILA),AND THE FAIR DEBT COLLECTION PRACTICES ACT FDCPA).

21. SEE FTC V. CAPTIAL CITY MORTGAGE CORP., NO. 98-237(JHG/AK) (D.D.C. FILED JAN, 29, 1998). PURSUANT TO BUSINESS AND PROFESSIONS CODE SECTION 17536, 17206, 17023, 17500, AND 17535.

22. NUMEROUS ACTS OF DECEPTION.

23. WHEN LOOKING FOR LENDER TO OBTAIN A LOAN, I WENT TO DIFFERENT WEBSITES OF DIFFERENT LENDERS. INDYMAC'S WEBSITE STOOD OUT THE MOST BECAUSE IT STATES "BUILDING YOUR DREAM HOME" THE SITE ALSO STATES "WHAT WE DO BEST" THE WEB SITE WAS BEAUTIFUL, AND IT SAID EVERYTHING THAT I WANTED TO HEAR. SO I CALLED INDYMAC, I TOLD THE LOAN OFFICER THAT I HAD NO EXPERINCE IN BUILDING A HOME. I WAS OFFERED A "CONSTRUCTION TO PERMINANENT LOAN" AT PREVAILING RATES. LANRE POPOOLA, ASSURED ME THAT THEY WOULD WORK WITH ME TO "MAKE MY DREAM COME TRUE" AND THAT IT WOULD BE A "WONDERFUL EXPERIENCE", HE TOLD ME THAT I COULD TRUST INDYMAC. MY EXPERINCE WITH THE DEFENDANTS HAVE TURNED INTO A COMPLETE "NIGHTMARE".

MY LOAN OFFICER, INDYMAC BANK, NORCROSS, GEORGIA HAD ME TO SIGN BLANK DOCUMENTS, HAD ME TO GIVE HIM STATEMENTS FROM FAMILY MEMBERS STATING THAT I HAD ACCESS TO THEIR FINANCES. MY CLOSING DATE WAS RESCHDULED FOR THE CLOSING ON MAY 17, 2006. DEFENDANTS NEVER EXPLAINED THE LOAN DOCUMENTS TO ME. I DIDN'T SEE LOAN DOCUMENTS UNTIL MAY 17, 2006. THATS THE DAY THAT I WAS INFORMED TO GO TO ESCROW TO SIGN MY LOAN PAPERS.THE PEOPLE AT THE ESCROW COULD NOT AND WOULD NOT EXPLAIN OR ANSWER ANY QUESTIONS THAT I HAD REGARDING

1   THE LOAN FEES AND CHARGES, THE PEOPLE IN ESCROW CAME IN THE ROOM AND TOLD ME
2   TO HURRY UP BECAUSE THEY WAS VERY BUSY AND HAD OTHER APPOINTMENTS.

3

4   THERE WHERE SO MANY DIFFERENT DOCUMENTS I DIDN'T KNOW WHERE TO BEGIN, THE
5   FILE IS LARGE THERE WAS NO WAY THAT I COULD READ, ALL THOSE DOCUMENTS IN ONE
6   DAY NOR COULD I HAVE READ ALL OF THOSE DOCUMENTS WHILE SITTING IN ESCROW. AT
7   THE TIME OF CLOSING, I DIDN'T UNDERSTAND HALF OF THE DOCUMENTS THAT I WAS
8   TOLD BY MY LOAN OFFICER TO SIGN.

9

10  AFTER, A FEW DAYS I BEGIN TO REVIEW THE DOCUMENTS AND I NOTICED THAT THE LOAN
11  TERMS WHERE DIFFERENT THEN THE ONE'S THAT INDYMAC HAD PROMISED. I WAS TOLD
12  THAT ONCE CONSTRUCTION WAS COMPLETED THAT MY LOAN WOULD BE AT PREVAILING
13  RATES AT A FIXED 30 YEAR MORTGAGE. I BEGIN TO LOOK AT MY LOAN DOCUMENTS WHEN
14  I NOTICED THAT I HAD ANNUAL PERCENTAGE RATE 7.760%, FINANCE CHARGE OF
15  $23,565.57, AMOUNT FINANCED $607,360.00, TOTAL PAYMENTS $630,925.57, WITH A
16  LOAN AMOUNT OF $640,000.00 DATED: MAY 17, 2006, THE PAPER STATES "NOTICE TO
17  CUSTOMER REQUIRED BY LAW AND FEDERAL RESERVE REGULATION Z"; I HAVE A "UNIFORM
18  RESIDENTIAL LOAN APPLICATION FOR $640,000.00 AT 8.5%, CONVENTIONAL, 360/360
19  AT 1 YEAR ARM DATED: MAY 17, 2006; I HAVE A RESIDENTIAL APPLICATION
20  CONVENTIONAL, IN THE AMOUNT OF $649,000.00., 8.5%, FIXED PURCHASE LOAN; I
21  HAVE ANOTHER DOCUMENT THAT STATES AT THE TOP OF THE PAPER "NOTICE TO CUSTOMER
22  REQUIRED BY LAW AND FEDERAL RESEVE REGULATION Z" 8.175% AMOUNT FINANCED
23  $635,518.00, TOTAL AMOUNT FINANCED $640,000.00, FINANCE CHARGE $1,042,364.62,
24  TOTAL PAYMENTS $1,677,88.29, DATED: MAY 17, 2006.

25

26  A FEW WEEKS BEFORE SIGNING OF LOAN DOCUMENTS, DEFENDANT TOLD ME THAT I HAD TO
27  GET A BRIDGE LOAN $150,000.00. I ASKED WHY, AND I WAS TOLD THAT IT WAS
28  REQUIRE TO PROVIDE ADDED SECURITY FOR THE CONSTRUCTION LOAN, I TOLD LANRE
    POPOOLA, LOAN OFFICER FOR INDYMAC BANK THAT I DIDN'T UNDERSTAND AND HE INFORM

- 4 -
COMPLAINT

1   ME THAT IT'S DONE LIKE THIS ALL THE TIME, SO I AGREED. I MEAN THESE ARE THE
2   PEOPLE THAT TOLD ME TO TRUST THEM SO I DID. I WAS TOLD THAT THERE WOULD BE NO
3   INTEREST.

4   WHILE I HAVE A DOCUMENT THAT STATES NO INTEREST; I HAVE A DOCUMENT THAT
5   $150,000.00 AT 8.5%, AMOUNT $150,000.00, 360/360,CONVENTIONAL;  I HAVE A
6   DOCUMENT THAT STATES 10.595%, $15,591.17 FINANCE CHARGE, AMOUNT FINANCED
7   $147,158.83, TOTAL PAYMENTS $162,750.00, LOAN AMOUNT $150,000.00, DATED: MAY
8   17, 2006, WITH A BALLOON PAYMENT OF $162,750.00 DUE JUNE 1, 2007.

9
10   MY CLOSING STATEMENT FROM MY BRIDGE LOAN SHOWED FUNDS THAT I WAS NEVER ABLE
11   TO ACCOUNT FOR. I BROUGHT THIS TO THE ATTENTION OF MY LOAN OFFICER TOLD ME
12   THAT IT WAS PART OF INDYMAC'S SECURED INTEREST IN THE NEW CONSTRUCTION.
13   THOUGH THE DOCUMENTS ONLY SHOW $85,000.00 OF THE $150,000.00 THAT WAS
14   DISBURSED TO SECURE SECONDARY POSITION ON THE SECURED PROPERTY.THE REMAINING
15   BALANCE OF THE BRIDGE LOAN SHOWS A CASH OF OVER $60,000.00 WENT TO BORROWOR,
16   MONIES THAT I'VE NEVER SEEN. I CALLED MY LOAN OFFICER AND TOLD HIM ABOUT THE
17   LOAN TERMS THAT I HAD DISCOVERED AND MR.POPOOLA TOLD ME, THAT MY LOAN WOULD
18   STILL BE AT PREVAILING RATES AS PROMISED ONCE CONSTRUCTION WAS COMPLETED. I
19   SAW MANY DIFFERENT TYPES OF LOAN DOCUMENTS BUT I NEVER SAW THAT ON ANY OF MY
20   PAPERS. BY TIME I REALIZED THAT MY LOAN HAD ALL TYPES OF DIFFERENT RATES AND
21   TERMS WEEKS HAD PASTED, MY RIGHTS TO CONCEL MY LOAN WAS BURIED IN MY CLOSING
22   DOCUMENTS THAT IS ABOUT 1" THICK. THE PAPERS THAT I WAS TOLD TO SIGN, I HAD
23   NEVER SEEN BEFORE NOR DID THE LOAN OFFICER EVER EXPLAIN THEM TO ME.THE BAD
24   PART OF THIS IS THE PAPERS THAT I SIGNED IN ESCROW STATES THAT MY INTEREST
25   RATES WOULD NOT GO LOWER THAN 8.5% AND CAN GET AS HIGH AS 16%. UNBEKNOWING TO
26   ME, THIS WAS JUST THE BEGINNING OF MY MANY HEADACHES.

27
28   I WAS NEVER INFORMED BY DEFENDANT THAT IT COULD TAKE UP TO 1 YEAR TO GO
    THROUGH "PLANNING" BEFORE I COULD BEGIN CONSTRUCTION. I DIDN'T GET THE

- 5 -
COMPLAINT

1    APPROVAL TO START CONSTRUCTION UNTIL AUGUST OF 2007. I WOULD ALWAYS CONTACT

2    MY LENDER AND KEEP THEM INFORMED OF THE PROGRESS THROUGH THE WHOLE DURATION

3    OF MY CONSTRUCTION PROJECT.

4    THEY ASKD ME FOR ADDITIONAL FEES BECAUSE MY HOUSE WAS NOT COMPLETED IN 1

5    YEAR, SO THEY TOOK ALMOST $20,000.00 OUT OF THE CONSTRUCTION FUNDS. WHEN I

6    REQUEST A DRAW IN 2007, TO BEGIN FRAMING, INDYMAC ASKED ME FOR A MORTGAGE

7    PAYMENT. I WAS NEVER TOLD DURING MY LOAN APPLICATION PROCESS THAT I WOULD

8    HAVE TO PAY MORTGAGE PAYMENTS DURING CONSTRUCTION.I HAD TO PAY MORTGAGE

9    PAYMENTS BEFORE I COULD GET FUNDS TO CONTINUE CONSTRUCTION.  AFTER THIS HAD

10   HAPPEN TO ME ON MORE THEN ONE OCCASION, I REALIZED THAT, THE FUNDS THAT I

11   REQUESTED FOR CONSTRUCTION WAS GOING RIGHT BACK TO INDYMAC FOR MORTGAGE

12   PAYMENTS. THIS CONTINUED TO BE INDYMACS POSITION DURING MY WHOLE CONSTRUCTION

13   PERIOD. IT GOT WORSE IN 2008, SO I STARTED WRITING COMPLAINTS, JAMES FRASER

14   AT INDYMAC HOME CONSTRUCTION IN PASADENA, CALIFORNIA WOULD NOT RELEASE FUNDS,

15   I BEGIN TO PURCHASED CONSTRUCTION MATERIALS MYSELF, DEFENDANTS WHERE DELAYING

16   CONSTRUCTION BY NOT RELEASING CONSTRUCTION FUNDS. EVEN WHILE PAYING MORTGAGE

17   PAYMENTS, DEFENDANTS STILL WOULD NOT RELEASE CONSTRUCTION FUND.

18

19   WHEN I GOT ONTO THE SITE FOR DISBURSEMENTS, IT APPEAR THAT FUNDS IN THE

20   ACCOUNT FOR DISBURSEMENTS WAS SHORT THE AMOUNTS WAS NOT ADDING UP.IT APPEARED

21   THAT THE FUNDS WHERE BEING DEPLETED FROM THE DISBURSEMENT MONEY. THEY WOULD

22   ALWAYS HAVE ME SIGN BLANK DOCUMENTS BEFORE AND AFTER MY LOAN HAD CLOSED WITH

23   NO EXPLANATION, INDYMAC WAS MY LENDER AND THEY HAD ALL OF THE CONSTRUCTION

24   FUNDS AT THEIR DISPOSAL, THEY TOLD THAT I COULD TRUST THEM AND I DID.I NEVER

25   BUILT A HOME FROM GROUND UP, THEY TOLD ME THAT THEY WERE THE EXPERTS IN HOME

26   CONSRTUCTION FOR PEOPLE LIKE ME. INDYMAC,COULD OF INFORM ME THAT IT WAS GOING

27   TO COST ME ALMOST $100,000.00 IN FEES, BEFORE I COULD EVEN BEGIN

28   CONSTRUCTION, THEY ARE THE EXPERTS IN CONSTRUCTION LENDING. INDYMAC AS WHILE

     AS ONE WEST BANK, FSB, CONTINUES TO PUT FORCED INSURANCE COVERAGE ON MY

1    CONSTUCTION PROJECT AS WHILE AS MY HOME THAT I LIVE IN, EVEN THOUGH I HAVE

2    PROVIDED THEM WITH INSURANCE COVERAGE.

3

4    THE "CONSTRUCTION TO PERMANENT" LOAN THAT I OBTAINED FROM DEFENDANTS WAS NOT

5    SUFFICENT ENOUGH TO FINISH THE CONSTRUCTION OF MY HOME. AFTER DEFENDANTS

6    FUNDS FOR CONSTRUCTION WAS NEAR DEPLETION IN 2008. I HAD TO SECURE ADDITIONAL

7    FUNDING TO COMPLETE MY HOUSE. WHEN I GOT MY LOAN FROM INDYMAC, THEY KNOW

8    EXACTLY WHAT TYPE OF HOUSE THAT I WAS GOING TO BUILD. THEY HAD ME TO SUBMIT

9    THE DESIGN OF MY HOUSE TO THEM (INDYMAC), DURING THE TIME THAT I WAS GOING

10   THROUGH LOAN PROCESSING.

11

12   IN JUNE OF 2008, I STARTED REPORTING TO MR. ERWIN REYMUNDO, VICE PRESIDENT IN

13   THE HOME CONSTRUCTION DEPT. LOCATED IN PASADENA,CALIFORNIA, HE TOLD ME TO

14   KEEP HIM INFORM, SO I CONTACTED MR. REYMUNDO, MONTHLY SOMETIMES ON A WEEKLY

15   BASIS. THEY MAINTAINED MONTHLY PHYSICAL INSPECTIONS DURING CONSTRUCTION,

16   DEFENDANTS, ALWAYS KNEW THE PROGRESS OF CONSTRUCTION FROM BEGINNING TO THE

17   END. FROM 2008 TIL 2010 MR. REYMUNDO NEVER INFORMED ME THAT MY LOAN WAS IN

18   JEOPARDY AT ANYTIME. INDYMAC/ONE WEST BANK ALWAYS NEW THE PROGRESS OF

19   CONSTRUCTION BECAUSE THEY MADE INSPECTIONS ON MY PROPERTY ALL THE TIME. WHEN

20   I FINISHED MY HOME I ASKED MR. REYMUNDO ABOUT MY PERMANENT LOAN HE ASKED ME

21   FOR A COPY OF THE "CERTIFCATE OF OCCUPANCY" AND I FAXED HIM A COPY. MR. ERWIN

22   REYMUNDO ASKED ME TO FILL OUT A "NOTICE OF COMPLETION" AND HAVE IT RECORDED

23   SO I DID. 2 WEEKS LATER I GOT A "NOTICE OF DEFAULT" IN THE MAIL WITH "INTENT"

24   TO SALE. I NEVER SAW IT COMING. WHEN I SPOKE WITH MR. REYMUNDO ON THE PHONE,

25   HE WAS ALWAYS HAD SOMETHING NICE TO SAY, HE WAS FULL OF ENCOURAGEMENT, HE

26   WOULD ALWAYS TELL ME "IT'S GOING TO BE ALRIGHT" OR "YOUR DOING A GREAT JOB".

27   I TRIED CALLING HIM EVERYDAY, AFTER I RECEIVED THE "NOTICE OF DEFAULT" WITH

28   "INTENT TO SALE". HE WOULD NEVER RETURN MY CALLS THOUGH HE EMAILED ME AND

TOLD ME THAT I NEEDED TO COME UP WITH ALMOST $125,000.00. IT WAS A MONTH

1   LATER BEFORE SPOKE TO MR. REYMUNDO, ON THE PHONE. HE ASKED ME HAD I COME UP
2   WITH THE $125,000.00. I WAS SHOCKED BECAUSE INDYMAC FUNDS HAD LONG BEEN
3   EXHAUSTED, EXCEPT $6,000.00 THAT THEY NEVER DISBURSED.
4   IT TOOK ALL OF MY RESOURCES, FAMILY AND FRIENDS RESOURCES JUST TO COMPLETE
5   THE CONSTRUCTION OF MY HOME.
6
7   DEFENDANTS WEBSITE, STATES THAT THEY HAVE YEARS OF EXPERIENCE IN CONSTRUCTION
8   LENDING. THE LENDER SHOULD HAVE KNOWN THAT IT WOULD MOST LIKELY TAKE MORE
9   THAN A YEAR TO COMPLETE THE CONSTRUCTION, AND THEREFORE SHOULD HAVE ARRANGED
10  THEIR LOAN TO ME ACCORDINGLY. I WAS STILL IN PLANNING ONE YEAR AFTER I
11  OBTAINED MY LOAN.
12
13  24. PAYING MOTGAGE PAYMENTS WHILE STILL UNDER CONSTRUCTION
14  25. THESE ACTIONS OF THE DEFENDANTS, HAVE CAUSED ME TREMINDIOUS EMOTIONAL
15  DISTRESS, I HAVE NOT BEEN ABLE TO PEACEFULLY ENJOY MY HOME SINCE I MOVED IN.
16
17  PLAINTIFF INCORPORATES BY REFERENCE AND RE-ALLEGES EACH OF THE ALLEGATIONS IN
18  PARAGRAPHS 1 THROUGH 12 OF THIS COMPLAINT, AS THOUGH FULLY SET FORTH HEREIN.
19  BY THERE ACTIONS AND INACTIONS, AS GENERALLY AND SPECIFICALLY DESCRIBED
20  ABOVE, THE DEFENDANTS FAILED AND NEGLECTED THEIR DUTIES PROPERLY, AS A DIRECT
21  AND PROXIMATE RESULT OF THE NEGLIGENCE AND BREACHED OF FIDUCIARY DUTIES TO
22  PLAINTIFF. PLAINTIFF HAS SUFFERED LOSSES AND OTHER COMPENSATORY AND
23  CONSEQUENTIAL DAMAGES, IN AMOUNTS TO BE ESTABLISHED AT TRIAL.
24
25
26                              SUMMUARY
27  MY HOME IS MORE THAN JUST FOUR WALLS AND A ROOF. OWNING A HOME FOR ME TO LIVE
28  IN FOR THE REST OF MY LIFE IS A BIG ACCOMPLISHMENT AND IT IN STILLS A GREAT
    AMOUNT OF ACHIEVEMENT AND HOPE FOR NOT ONLY ME BUT FOR MY SON AND

- 8 -
COMPLAINT

GRANDCHILDREN, IT ALSO IN STILLS GOOD VALUES FOR FUTURE GENERATIONS TO COME.

DESIGNING AND BUILDING MY OWN HOME FROM GROUND UP WAS MY AMERICAN DREAM.

I PRAY UPON THE COURTS TO ALLOW ME TO CONTINUE TO LIVE IN MY HOME, TO OWN AND

PEACEFULLY ENJOY IT.

WHEREFORE, PLAINTIFF PRAYS FOR RELIEF AGAINST DEFENDANTS AS FOLLOWS:

A. COMPLAINTS RELATING TO ANY VIOLATIONS THAT ARISE OUT OF OR RELATED TO THE

COMPLAINT'S ALLEGATIONS, INCLUDING ALL CLAIMS FOR EQUITABLE RELIEF AND

MONETARY DAMAGES AND PENALTIES.

B. FOR ITS COST OF SUIT AGAINST ALL DEFENDANTS;

C. FOR ATTORNEYS' FEES, COST FOR THE INVESTIGATION AND LITIGATION

D. FOR SUCH AND FURTHER RELIEF AS THIS COURT DEEMS JUST AND PROPER.


DATE: February 10, 2011

GWENDOLYN MANDOSIA


## JURY DEMAND

THE PLAINTIFF REQUEST A TRAIL BY JURY FOR ALL CLAIMS ALLEGED HEREIN.

RESPECTFULLY SUBMITTED THIS 10TH DAY OF FEBRUARY, 2011

EXHIBIT "B"

ORIGINAL FILED

JAN 2 0 2011

**LOS ANGELES**
**SUPERIOR COURT**

1

2

3

4        SUPERIOR COURT OF THE STATE OF CALIFORNIA

5              FOR THE COUNTY OF LOS ANGELES

6

7

8        Mandosi &                )

9            Plaintiff            )

10   vs                           )   CASE NO. BQ452844

11       Soros                    )   TEMPORARY RESTRAINING ORDER AND

12           Defendant            )   ORDER TO SHOW CAUSE RE

13   _____)   PRELIMINARY INJUNCTION

14

15                        **ORDER**

16   This court having read and considered plaintiff's ex parte application for an order to show cause re

17   preliminary injunction and temporary restraining order and the declarations in support thereof,

18   submitted on _1/20_, 2010, hereby orders:

19

20

21                 **ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

22   To defendants _Indy use Frank et al_;

23   Based upon the complaint filed in this action, plaintiff's ex parte application and the declarations in

24   support thereof, you are ordered to appear on _2/10_____, 2010, at 9:30 a.m. In

25   Department 86 of the above-entitled court located at 111 N. Hill St., Los Angeles, California, to

26   show cause why a preliminary injunction should not be ordered pending trial in this action

27   restraining and enjoining you and _your employees, agents i assigns_

28   _____ from:
                                                                  1

_Selling, transferring or transferring (including, w/o limitation a Trustee's sale) the real property at 2718 West Ave 0-8 - Palmdale CA 93551_

Plaintiff is required to serve the moving papers and any supplemental papers upon defendants by personal service by __1/21__ 2011.

Plaintiff is required to file a proof of service of this order on defendants no later than __1/31__, 2011.

The order to show cause hearing date will be __2/10/11__ at 9:30 a.m.

The briefing schedule will be as follows:

Defendants' opposition must be filed directly in Department 86 by __2/3/2011__, and must be served on plaintiff's counsel via personal service or fax on the same date.

Plaintiff's reply must be filed with the court no later than __2/7/2011__ and must be served upon defendants' counsel via personal service or fax on the same date.

## TEMPORARY RESTRAINING ORDER

To defendants _Indimacy Bank their employees, agents & assigns, and all other Indy mac entities named in the complaint_

Pending hearing on the order to show cause, you and _your employers, agents + assigns_

are restrained and enjoined from:

- 2 -

1

2      _selling, encumbering or transferring any_

3      _interest (including but not limited to a Trustee_

4      _sale) on the property at 2718 West Ave 0-8_

5      _Palmdale, CA  93551_

6    The expiration of this temporary restraining order will be ___2/10/11___.

7

8    Plaintiff is to post an undertaking in the sum of $1,000 — on a before 1/25/14.

9

10   IT IS SO ORDERED.

11

12   Dated: 1/20/11                        _____

13                                         ANN I. JONES, JUDGE OF THE SUPERIOR COURT

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                - 3 -

EXHIBIT "C"

| | |
|---|---|
| 1 | Lawrence J. Dreyfuss, Bar No. 76277 |
| 2 | THE DREYFUSS FIRM<br>A Professional Law Corporation |
| 3 | 7700 Irvine Center Drive, Suite 710<br>Irvine, California 92618 |
| 4 | (949) 727-0977; Facsimile (949) 450-0668 |
| 5 | Attorneys for IndyMac Venture, LLC, et.al. |
| 6 | (specially appearing—complaint not yet served) |

**ORIGINAL FILED**

FEB 1 0 2011

LOS ANGELES
SUPERIOR COURT

7
8    SUPERIOR COURT OF THE STATE OF CALIFORNIA

9    FOR THE COUNTY OF LOS ANGELES

10

| | | |
|---|---|---|
| 11 | GWENDOLYN MANDOSIA, | Case No.: BC452844 |
| 12 | Plaintiff,<br>vs. | ORDER DISSOLVING TEMPORARY<br>RESTRAINING ORDER |
| 13 | | |
| 14 | GEORGE SOROS, et.al. | DATE: February 10, 2011<br>TIME:  9:30 a.m. |
| 15 | Defendants | DEPT.: 86 |
| 16 | | |
| 17 | | |

18

19    Plaintiff having failed to serve the Complaint and the moving papers as required by the

20    express terms of the Temporary Restraining Order and Order to Show Cause for Preliminary

21    Injunction as well as the requirements of CCP § 527(d), the Temporary Restraining Order issued

22    on January 20, 2011 is hereby dissolved and Plaintiff's application for a preliminary injunction

23    is denied, without prejudice

24

25    DATED: February 10, 2011                    **ANN I. JONES**
                                                  JUDGE OF THE SUPERIOR COURT
26

27

28

ORDER DISSOLVING TEMPORARY RESTRAINING ORDER
1

PROOF OF SERVICE (By Mail)
(CCP Section 1013a(3))

I am over the age of 18, and I am not a party to the within action. I am employed by THE DREYFUSS FIRM. PLC, in the County of Orange, at 7700 Irvine Center Drive, Suite 710, Irvine, CA 92618.

On February 9, 2011, I served the attached: **Order Dissolving Temporary Restraining Order** on the interested parties in this action by placing true copies thereof in sealed envelopes, addressed as follows:

Gwendolyn Mandosia
2718 Avenue 0-8
Palmdale, CA 93551

[ XX ] **(By Mail)**    I placed said envelopes for collection and mailing, following ordinary business practices, at the business offices of THE DREYFUSS FIRM, PLC at the address set forth above, for deposit in the United States Postal Service. I am readily familiar with the practice of THE DREYFUSS FIRM, PLC for collection and processing of correspondence for mailing with the United States Postal Service, and said envelopes will be deposited with the United States Postal Service on said date in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    **(By Facsimile Transmission)**     I served the above-described document on the interested parties in this action by sending a true copy thereof by facsimile transmission pursuant to California rules of Court, Rule 2009(i)2, from facsimile machine number (949) 450-0668. The facsimile machine I used complied with California Rules of Court, Rule 2003(3), and no error was reported by the machine. Pursuant to Rule 2009(i)4, I caused the machine to print a transmission record of the transmission

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare, under penalty of perjury under the laws of the State of California, that the above is true and correct.

Executed on February 9, 2011, at Irvine, California.

April Searfoss

PROOF OF SERVICE (By Mail)
(CCP Section 1013a(3))

I am over the age of 18, and I am not a party to the within action. I am employed by THE DREYFUSS FIRM. PLC, in the County of Orange, at 7700 Irvine Center Drive, Suite 710, Irvine, CA 92618.

On February 10, 2011 I served the attached: **Notice of Removal Pursuant to 28 U.S.C. §§ 1331 and 1441(B) (Federal Question)** on the interested parties in this action by placing true copies thereof in sealed envelopes, addressed as follows:

**Gwendolyn Mandosia**
**2718 West Ave 0-8**
**Palmdale, CA 93551**
**In Pro Per**

[ x ]   **(By Mail)**    I placed said envelopes for collection and mailing, following ordinary business practices, at the business offices of THE DREYFUSS FIRM, PLC at the address set forth above, for deposit in the United States Postal Service. I am readily familiar with the practice of THE DREYFUSS FIRM, PLC for collection and processing of correspondence for mailing with the United States Postal Service, and said envelopes will be deposited with the United States Postal Service on said date in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   **(By Facsimile Transmission)**    I served the above-described document on the interested parties in this action by sending a true copy thereof by facsimile transmission pursuant to California rules of Court, Rule 2009(i)2, from facsimile machine number (949) 450-0668. The facsimile machine I used complied with California Rules of Court, Rule 2003(3), and no error was reported by the machine. Pursuant to Rule 2009(i)4, I caused the machine to print a transmission record of the transmission

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare, under penalty of perjury under the laws of the State of California, that the above is true and correct.

Executed on February 10, 2011, at Irvine, California.

Roma Klein

FILED

1  Lawrence J. Dreyfuss, Bar No. 76277
2  THE DREYFUSS FIRM
   A Professional Law Corporation
3  7700 Irvine Center Drive, Suite 710
   Irvine, California 92618
4  (949) 727-0977; Facsimile (949) 450-0668

2011 FEB 14  AM 10: 40

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY........

5  Attorneys for Defendants OneWest Bank F.S.B.; IndyMac Mortgage Services, a
6  Division of One West Bank, F.S.B; IndyMac Venture, LLC; IndyMac Bank, F.S.B.;
   George Soros; and Michael Dell
7

8                      UNITED STATES DISTRICT COURT

9                      CENTRAL DISTRICT OF CALIFORNIA

10

11  GWENDOLYN MANDOSIA,                ) Case No.:   CV11-01352 GAF (VBKx)
                                       )
12              Plaintiff,             ) (LASC Case No. BC452844)
                                       )
13        vs.                          )
                                       )
14  GEORGE SOROS, MICHAEL DELL,        ) CERTIFICATION AND NOTICE OF
15  INDYMAC, INDYMAC VENTURE LLC,      ) INTERESTED PARTIES
    INDYMAC MORTGAGE SERVICES, THE     )
16  SERVICING AGENT FOR REFERENCED     )
    LOAN, AND A DIVISION OF THE ONE    )
17  WEST BANK, FSB, ONE WEST BANK,     )
    FSB, AND INDYMAC BANK, FSB         )
18                                     )
                                       )
19              Defendants             )

20        TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

21        The undersigned, counsel of record for Defendants One West Bank F.S.B.; IndyMac

22  Mortgage Services, a Division of One West Bank, F.S.B.; IndyMac Venture, LLC; IndyMac
23

24  Bank, F.S.B.; George Soros and Michael Dell, certifies that the following listed parties may have

25  a direct, pecuniary interest in the outcome of this case. These representations are made to enable

26  the Court to evaluate possible disqualification or recusal.
27

28

CERTIFICATION AND NOTICE OF INTERESTED PARTIES
1

PARTY                                         CONNECTION

Gwendolyn Mandosia                            Plaintiff

George Soros                                  Defendant

Michael Dell                                  Defendant

Indymac Venture LLC                           Defendant

Indymac Mortgage Services, the servicing      Defendant

agent for referenced loan and a division of One

West Bank, F.S.B.

One West Bank, FSB                            Defendant

IndyMac Bank, FSB                             Defendant


DATED:  February 11, 2011          THE DREYFUSS FIRM, PLC
                                   a professional law corporation


                                   By: _____
                                   LAWRENCE J. DREYFUSS
                                   Attorneys for Defendants


1038-1785

CERTIFICATION AND NOTICE OF INTERESTED PARTIES
2

PROOF OF SERVICE (By Mail)
(CCP Section 1013a(3))

I am over the age of 18, and I am not a party to the within action. I am employed by THE DREYFUSS FIRM. PLC, in the County of Orange, at 7700 Irvine Center Drive, Suite 710, Irvine, CA  92618.

On February 11, 2011 I served the attached: **Certification and Notice of Interested Parties** on the interested parties in this action by placing true copies thereof in sealed envelopes, addressed as follows:

**Gwendolyn Mandosia**
**2718 West Ave 0-8**
**Palmdale, CA  93551**
**In Pro Per**

[ x ]   **(By Mail)**     I placed said envelopes for collection and mailing, following ordinary business practices, at the business offices of THE DREYFUSS FIRM, PLC at the address set forth above, for deposit in the United States Postal Service.  I am readily familiar with the practice of THE DREYFUSS FIRM, PLC for collection and processing of correspondence for mailing with the United States Postal Service, and said envelopes will be deposited with the United States Postal Service on said date in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[  ]   **(By Facsimile Transmission)**     I served the above-described document on the interested parties in this action by sending a true copy thereof by facsimile transmission pursuant to California rules of Court, Rule 2009(i)2, from facsimile machine number (949) 450-0668.  The facsimile machine I used complied with California Rules of Court, Rule 2003(3), and no error was reported by the machine.  Pursuant to Rule 2009(i)4, I caused the machine to print a transmission record of the transmission

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare, under penalty of perjury under the laws of the State of California, that the above is true and correct.

Executed on February 11, 2011, at Irvine, California.

Roma Klein

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS  (Check box if you are representing yourself ☐ ) | DEFENDANTS |
|---|---|
| Gwendolyn Mandosia | George Soros, et al. |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Lawrence J. Dreyfuss, SBN 76277 <br> The Dreyfuss Firm, plc <br> 7700 Irvine Center Drive, Ste. 710 <br><br> Irvine, CA  92618 <br> 949-727-0977 | |

**II.  BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III.  CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV.  ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding   ☒ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V.  REQUESTED IN COMPLAINT:   JURY DEMAND:** ☐ Yes  ☒ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No      ☒ MONEY DEMANDED IN COMPLAINT: $ none

**VI.  CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Case claims violations of TILA, FDCPA, RICO, ECOA and FTCA, all federal statutes

**VII.  NATURE OF SUIT** (Place an X in one box only.)

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☒ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus-Alien Detainee
☐ 465 Other Immigration Actions

**TORTS**
**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS - Third Party 26 USC 7609

| FOR OFFICE USE ONLY:   Case Number: | CV11-01352 GAF (VBK) |
|---|---|

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

VIII(a). IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed? [X] No   [ ] Yes

If yes, list case number(s):

VIII(b). RELATED CASES: Have any cases been previously filed in this court that are related to the present case? [X] No   [ ] Yes

If yes, list case number(s):

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   [ ] A. Arise from the same or closely related transactions, happenings, or events; or

[ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or

[ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or

[ ] D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE: (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.

[ ] Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.

[ ] Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Doing business in Los Angeles County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.

Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties

Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Lawrence J. Dreyfuss_   Date _February_, _2011_

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

PROOF OF SERVICE (By Mail)
(CCP Section 1013a(3))

I am over the age of 18, and I am not a party to the within action. I am employed by THE DREYFUSS FIRM. PLC, in the County of Orange, at 7700 Irvine Center Drive, Suite 710, Irvine, CA 92618.

On February 11, 2011 I served the attached: **Civil Case Cover Sheet** on the interested parties in this action by placing true copies thereof in sealed envelopes, addressed as follows:

**Gwendolyn Mandosia**
**2718 West Ave 0-8**
**Palmdale, CA 93551**
**In Pro Per**

[ x ]   **(By Mail)**    I placed said envelopes for collection and mailing, following ordinary business practices, at the business offices of THE DREYFUSS FIRM, PLC at the address set forth above, for deposit in the United States Postal Service. I am readily familiar with the practice of THE DREYFUSS FIRM, PLC for collection and processing of correspondence for mailing with the United States Postal Service, and said envelopes will be deposited with the United States Postal Service on said date in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[  ]    **(By Facsimile Transmission)**     I served the above-described document on the interested parties in this action by sending a true copy thereof by facsimile transmission pursuant to California rules of Court, Rule 2009(i)2, from facsimile machine number (949) 450-0668.  The facsimile machine I used complied with California Rules of Court, Rule 2003(3), and no error was reported by the machine. Pursuant to Rule 2009(i)4, I caused the machine to print a transmission record of the transmission

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare, under penalty of perjury under the laws of the State of California, that the above is true and correct.

Executed on February 11, 2011, at Irvine, California.

_____
Roma Klein

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

| I (a) PLAINTIFFS   (Check box if you are representing yourself ☐ ) | DEFENDANTS |
|---|---|
| Gwendblyn Mandosia | George Soros, et al. |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Lawrence J. Dreyfuss, SBN 76277<br>The Dreyfuss Firm, plc<br>7700 Irvine Center Drive, Ste. 710<br><br>Irvine, CA  92618<br>949-727-0977 | |

**II.  BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III.  CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV.  ORIGIN** (Place an X in one box only.)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V.  REQUESTED IN COMPLAINT:   JURY DEMAND:** ☐ Yes  ☒ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No        ☒ **MONEY DEMANDED IN COMPLAINT: $** none

**VI.  CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Case claims violations of TILA, FDCPA, RICO, ECOA and FTCA, all federal statutes

**VII.  NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | REAL PROPERTY | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | ☐ 210 Land Condemnation | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☒ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | IMMIGRATION | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☐ 462 Naturalization Application | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 871 IRS - Third Party 26 USC 7609 |
| | | | ☐ 465 Other Immigration Actions | | |

**FOR OFFICE USE ONLY:** Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

VIII(a). **IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? [X] No [ ] Yes

If yes, list case number(s):

VIII(b). **RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? [X] No [ ] Yes

If yes, list case number(s):

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   [ ] A. Arise from the same or closely related transactions, happenings, or events; or

      [ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or

      [ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or

      [ ] D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

IX. **VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.

[ ] Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.

[ ] Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Doing business in Los Angeles County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.

    **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties

Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER):      Date February , 2011

             Lawrence J. Dreyfuss

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

PROOF OF SERVICE (By Mail)
(CCP Section 1013a(3))

    I am over the age of 18, and I am not a party to the within action. I am employed by THE DREYFUSS FIRM. PLC, in the County of Orange, at 7700 Irvine Center Drive, Suite 710, Irvine, CA 92618.

    On February 11, 2011 I served the attached: **Civil Case Cover Sheet** on the interested parties in this action by placing true copies thereof in sealed envelopes, addressed as follows:

**Gwendolyn Mandosia**
**2718 West Ave 0-8**
**Palmdale, CA 93551**
**In Pro Per**

[ x ]  **(By Mail)**    I placed said envelopes for collection and mailing, following ordinary business practices, at the business offices of THE DREYFUSS FIRM, PLC at the address set forth above, for deposit in the United States Postal Service. I am readily familiar with the practice of THE DREYFUSS FIRM, PLC for collection and processing of correspondence for mailing with the United States Postal Service, and said envelopes will be deposited with the United States Postal Service on said date in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **(By Facsimile Transmission)**    I served the above-described document on the interested parties in this action by sending a true copy thereof by facsimile transmission pursuant to California rules of Court, Rule 2009(i)2, from facsimile machine number (949) 450-0668. The facsimile machine I used complied with California Rules of Court, Rule 2003(3), and no error was reported by the machine. Pursuant to Rule 2009(i)4, I caused the machine to print a transmission record of the transmission

    I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare, under penalty of perjury under the laws of the State of California, that the above is true and correct.

    Executed on February 11, 2011, at Irvine, California.

Roma Klein

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Gary A. Feess and the assigned discovery Magistrate Judge is Victor B. Kenton.

The case number on all documents filed with the Court should read as follows:

### CV11- 1352 GAF (VBKx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)     NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY